UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESHAWN MAURICE HARRELL,<br><br>Plaintiff,<br><br>v.<br><br>RYAN MARTIN, et al.,<br><br>Defendants. | Case No. 23-cv-05337-JD<br><br>**ORDER RE DISMISSAL** |

Plaintiff, a former detainee filed a civil rights action. Court mail that the Clerk sent to plaintiff at his last known addresses has been returned as undeliverable because plaintiff is no longer in custody. Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is dismissed without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: February 9, 2024

JAMES DONATO
United States District Judge